An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PATRICIA MCDERMOTT A/K/A
PATRICIA MARIE MCDERMOTT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62914

**FILED**

MAY 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a "Judgment/Order . . . entered the 21 day of April, 2013." Eighth Judicial District Court, Clark County; Abbi Silver, Judge.

Our review of the district court docket and minute entries indicates no judgment or order was entered in the district court on April 21, 2013. To the extent appellant is attempting to appeal from the judgment of conviction entered on November 13, 2012, the notice of appeal is untimely because it was filed well beyond the 30-day appeal period prescribed by NRAP 4(b). We lack jurisdiction to consider this appeal, *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-13721

cc: Hon. Abbi Silver, District Judge
Patricia McDermott
Lizzie R. Hatcher
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk